**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | § | Case No. 11-23364-DSO |
| | § | |
| CHAD DAUGHENBAUGH | § | |
| HEATHER R DAUGHENBAUGH | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/21/2011. The undersigned trustee was appointed on 10/21/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $2,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $115.22 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,384.78 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/05/2013 and the deadline for filing government claims was 07/05/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $625.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $625.00, for a total compensation of $625.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $120.00, for total expenses of $120.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/04/2013        By:  /s/ Randall L. Frank
                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 11-23364-DSO | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|
| Case Name: | DAUGHENBAUGH, CHAD AND DAUGHENBAUGH, HEATHER | | Date Filed (f) or Converted (c): | 10/21/2011 (f) |
| For the Period Ending: | 12/4/2013 | | §341(a) Meeting Date: | 11/15/2011 |
| | | | Claims Bar Date: | 07/05/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1. Lot 8, including the adjoining 1/2 of vacated Carter Street on the Sourth side thereof, R2E, as per plat thereof recorded in Liber A of plats, page 108 of Midland ounty Records. Commonly described as 700 Waldo Rd, Midland, MI 48640 | $75,000.00 | $100.00 | | $0.00 | FA |
| 2. Cash | $100.00 | $0.00 | | $0.00 | FA |
| 3. Cash | $100.00 | $0.00 | | $0.00 | FA |
| 4. Chemical Bank & Trust checking #2148676 | $25.00 | $0.00 | | $0.00 | FA |
| 5. Chemical Bank & Trust savings #4440110114 | $264.00 | $0.00 | | $0.00 | FA |
| 6. Living Room couch loveseat chair | $600.00 | $0.00 | | $0.00 | FA |
| 7. Bedroom 1-bed, table, dresser | $400.00 | $0.00 | | $0.00 | FA |
| 8. Bedroom 2-bed, shelves, dresser | $200.00 | $0.00 | | $0.00 | FA |
| 9. Bedroom 3-desk, safe, computer | $300.00 | $0.00 | | $0.00 | FA |
| 10. Kitchen-stove, refer, dining talbe and chairs | $350.00 | $0.00 | | $0.00 | FA |
| 11. Basement-TV, sofa, chair, tables, treadmill, exercise bike, washer, dryer | $600.00 | $0.00 | | $0.00 | FA |
| 12. Books and pictures | $100.00 | $0.00 | | $0.00 | FA |
| 13. Husband clothing | $500.00 | $0.00 | | $0.00 | FA |
| 14. Wife clothing | $1,500.00 | $0.00 | | $0.00 | FA |
| 15. Wedding ring | $1,450.00 | $0.00 | | $0.00 | FA |
| 16. 6 handguns, 5 rifles, 2 shotguns | $5,000.00 | $0.00 | | $0.00 | FA |
| 17. Wife has a 1/20th interest in the estate of Michael Greenleaf, her grandfather. | $10,000.00 | $0.00 | | $0.00 | FA |
| 18. 1996 Chevrolet truck | $2,000.00 | $0.00 | | $0.00 | FA |
| 19. 2000 Chevrolet truck | $600.00 | $0.00 | | $0.00 | FA |
| 20. 2001Chevrolet Blazer | $1,500.00 | $0.00 | | $0.00 | FA |
| 21. 2002 Honda motorcycle | $1,500.00 | $0.00 | | $0.00 | FA |
| 22. 1988 Suzuki ORV | $100.00 | $0.00 | | $0.00 | FA |
| 23. 1995 Rinker 21' boat | $4,000.00 | $0.00 | | $0.00 | FA |
| 24. 1987 27' Century boat | $10,000.00 | $0.00 | | $0.00 | FA |
| 25. Tools and toolbox | $2,000.00 | $0.00 | | $0.00 | FA |
| 26. Lawnmower | $100.00 | $0.00 | | $0.00 | FA |
| 27. snowblowe | $100.00 | $0.00 | | $0.00 | FA |
| 28. Tax Refund (u) | $2,500.00 | $2,500.00 | | $2,500.00 | FA |

# FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 11-23364-DSO | **Trustee Name:** Randall L. Frank |
| **Case Name:** | DAUGHENBAUGH, CHAD AND DAUGHENBAUGH, HEATHER | **Date Filed (f) or Converted (c):** 10/21/2011 (f) |
| **For the Period Ending:** | 12/4/2013 | **§341(a) Meeting Date:** 11/15/2011 |
| | | **Claims Bar Date:** 07/05/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $120,889.00 | $2,600.00 | | $2,500.00 | $0.00 |

**Initial Projected Date Of Final Report (TFR):**    12/31/2012        /s/ RANDALL L. FRANK

**Current Projected Date Of Final Report (TFR):**                                     RANDALL L. FRANK

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 11-23364-DSO | **Trustee Name:** | Randall L. Frank |
| **Case Name:** | DAUGHENBAUGH, CHAD AND DAUGHENBAUGH, HEATHER R | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***8798 | **Checking Acct #:** | ******0435 |
| **Co-Debtor Taxpayer ID #:** | **-***8799 | **Account Title:** | |
| **For Period Beginning:** | 10/21/2011 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 12/4/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2012 | (28) | Chad Daughenbaugh | Turnover of Tax Refund | 1124-000 | $2,500.00 | | $2,500.00 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.73 | $2,497.27 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.02 | $2,493.25 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.89 | $2,489.36 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.01 | $2,485.35 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.87 | $2,481.48 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.00 | $2,477.48 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.99 | $2,473.49 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.86 | $2,469.63 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.98 | $2,465.65 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.84 | $2,461.81 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.96 | $2,457.85 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.97 | $2,453.88 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.58 | $2,450.30 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.96 | $2,446.34 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.82 | $2,442.52 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.94 | $2,438.58 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.80 | $2,434.78 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,424.78 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,414.78 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,404.78 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,394.78 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,384.78 |
| | | | **TOTALS:** | | $2,500.00 | $115.22 | $2,384.78 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,500.00 | $115.22 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,500.00 | $115.22 | |

| For the period of 10/21/2011 to 12/4/2013 | | For the entire history of the account between 02/08/2012 to 12/4/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,500.00 | Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 | Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $115.22 | Total Compensable Disbursements: | $115.22 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $115.22 | Total Comp/Non Comp Disbursements: | $115.22 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-23364-DSO | **Trustee Name:** Randall L. Frank |
| **Case Name:** | DAUGHENBAUGH, CHAD AND DAUGHENBAUGH, HEATHER R | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***8798 | **Checking Acct #:** ******0435 |
| **Co-Debtor Taxpayer ID #:** | **-***8799 | **Account Title:** |
| **For Period Beginning:** | 10/21/2011 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 12/4/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,500.00 | $115.22 | $2,384.78 |

**For the period of 10/21/2011 to 12/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $115.22 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $115.22 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/21/2011 to 12/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $115.22 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $115.22 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDALL L. FRANK

RANDALL L. FRANK

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No. | 11-23364-DSO | | | | | | | | Trustee Name: Randall L. Frank |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DAUGHENBAUGH, CHAD AND DAUGHENBAUGH, HEATHER R | | | | | | | | Date: 12/4/2013 |
| Claims Bar Date: | 07/05/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | U.S. BANKRUPTCY COURT | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| | RANDALL L. FRANK P.O. Box 2220 Bay City MI 48707-2220 | Trustee Expenses | Allowed | 2200-000 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 |
| | RANDALL L. FRANK P.O. Box 2220 Bay City MI 48707-2220 | Trustee Compensation | Allowed | 2100-000 | $625.00 | $0.00 | $0.00 | $0.00 | $625.00 |
| | RANDALL L. FRANK P.O. Box 2220 Bay City MI 48707222 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |
| 1 | ATLAS ACQUISITIONS LLC 294 Union St. Hackensack NJ 07601 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,018.19 | $0.00 | $0.00 | $0.00 | $4,018.19 |
| 2 | LAKE TRUST CREDIT UNION c/o Butler, Butler & Rowse-Oberle PLLC 24525 Harper Ave. Ste. 2 Clair Shores MI 48080 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,680.97 | $0.00 | $0.00 | $0.00 | $4,680.97 |
| 3 | ASSET ACCEPTANCE LLC PO Box 2036 Warren MI 48090-2036 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $225.83 | $0.00 | $0.00 | $0.00 | $225.83 |
| **Claim Notes:** | (3-1) 112347324 | | | | | | | | |
| 4 | ASSET ACCEPTANCE LLC PO Box 2036 Warren MI 48090-2036 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,037.49 | $0.00 | $0.00 | $0.00 | $1,037.49 |
| **Claim Notes:** | (4-1) 41189688 | | | | | | | | |

| Case No. | 11-23364-DSO | | | | | | | | Trustee Name: Randall L. Frank |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DAUGHENBAUGH, CHAD AND DAUGHENBAUGH, HEATHER R | | | | | | | | Date: 12/4/2013 |
| Claims Bar Date: | 07/05/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,686.02 | $0.00 | $0.00 | $0.00 | $6,686.02 |
| 6 | LAKE TRUST CREDIT UNION c/o Butler, Butler & Rowse-Oberle PLLC 24525 Harper Ave. Ste. 2 Clair Shores MI 48080 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,821.90 | $0.00 | $0.00 | $0.00 | $3,821.90 |
| 7 | FIRSTBANK 102 S Main St Mount Pleasant MI 48858 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,501.58 | $0.00 | $0.00 | $0.00 | $2,501.58 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,253.87 | $0.00 | $0.00 | $0.00 | $4,253.87 |
| **Claim Notes:** | (8-1) Unsecured Debt | | | | | | | | |
| 9 | CAPITAL ONE, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,591.89 | $0.00 | $0.00 | $0.00 | $2,591.89 |
| | | | | | **$31,222.74** | **$0.00** | **$0.00** | **$0.00** | **$31,222.74** |

| | |
|---|---|
| **Case No.** 11-23364-DSO | **Trustee Name:** Randall L. Frank |
| **Case Name:** DAUGHENBAUGH, CHAD AND DAUGHENBAUGH, HEATHER R | **Date:** 12/4/2013 |
| **Claims Bar Date:** 07/05/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 | $400.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| General Unsecured § 726(a)(2) | $29,817.74 | $29,817.74 | $0.00 | $0.00 | $0.00 | $29,817.74 |
| Trustee Compensation | $625.00 | $625.00 | $0.00 | $0.00 | $0.00 | $625.00 |
| Trustee Expenses | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 | $120.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 11-23364-DSO
Case Name: CHAD DAUGHENBAUGH
HEATHER R DAUGHENBAUGH
Trustee Name: Randall L. Frank

|  |  |
|---|---:|
| Balance on hand: | $2,384.78 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $2,384.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Randall L. Frank, Trustee Fees | $625.00 | $0.00 | $625.00 |
| Randall L. Frank, Trustee Expenses | $120.00 | $0.00 | $120.00 |
| Randall L. Frank, Attorney for Trustee Fees | $400.00 | $0.00 | $400.00 |
| U.S. Bankruptcy Court, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,405.00 |
| Remaining balance: | $979.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $979.78 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

|  | Remaining balance: | $979.78 |
|---|---:|---:|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $29,817.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC | $4,018.19 | $0.00 | $132.03 |
| 2 | Lake Trust Credit Union | $4,680.97 | $0.00 | $153.81 |
| 3 | Asset Acceptance LLC | $225.83 | $0.00 | $7.42 |
| 4 | Asset Acceptance LLC | $1,037.49 | $0.00 | $34.09 |
| 5 | PYOD, LLC its successors and assigns as assignee | $6,686.02 | $0.00 | $219.70 |
| 6 | Lake Trust Credit Union | $3,821.90 | $0.00 | $125.58 |
| 7 | FirstBank | $2,501.58 | $0.00 | $82.20 |
| 8 | Quantum3 Group LLC as agent for | $4,253.87 | $0.00 | $139.78 |
| 9 | Capital One, N.A. | $2,591.89 | $0.00 | $85.17 |

|  |  |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $979.78 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---:|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |